IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL ROWE, | : | |
| Plaintiff | : | Civil Action 2:08-cv-451 |
| v. | : | Judge Sargus |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Abel |
| | : | |
| Defendant | : | |

### ORDER DISMISSING CASE FOR WANT OF PROSECUTION

On September 5, 2008, the Commissioner of Social Security filed her answer and a transcript of the administrative proceedings. Plaintiff failed to file his statement of errors within 30 days of that date as required by the Magistrate Judges' General Order Concerning Social Security Appeals (S.D. Ohio E.D. January 31, 2003) and the Court's July 9, 2008 Order. (Doc. 2.)

On October 17, 2008, the Court issued a show cause order requiring Plaintiff Michael Rowe, *pro se*, to show cause within eleven days why this case should not be dismissed (Doc. 10). Plaintiff has failed to file any response, and has thus not shown cause why this case should not be dismissed for want of prosecution.

Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962); S. D. Ohio Civil Rule 55.1(c).

12-4-2008
United States District Judge