# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MICHAEL ROWE,**

   **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-451**
**COMMISSIONER OF SOCIAL**   **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**   **MAGISTRATE JUDGE MARK R. ABEL**

   **Defendant.**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed December 5, 2008, JUDGMENT is hereby entered DISMISSING this case for want of prosecution.**

Date: December 5, 2008      JAMES BONINI, CLERK

               */S/ Andy F. Quisumbing*
               (By) Andy F. Quisumbing
               Courtroom Deputy Clerk